# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK SCHAND, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SPRINGFIELD, et al., <br><br> Defendants. | Case No. 3:15-cv-30148 <br><br> The Honorable William G. Young |

## MOTION FOR LEAVE TO WITHDRAW ATTORNEY

Plaintiffs Mark Schand, Mia Schand, Kiele Schand, Quinton Schand, and Mark Schand, Jr. ("Plaintiffs"), through their undersigned counsel, respectfully request that this Court grant leave to withdraw James S. Trainor as counsel for Plaintiffs pursuant to Local Rule 83.5.2.

Plaintiffs' counsel affirms that James S. Trainor is no longer associated with the firm of White & Case LLP. White & Case LLP through the undersigned counsel of record continues to serve as counsel for Plaintiffs.

Plaintiffs hereby request that Mr. Trainor be removed as counsel of record and removed from the master service list in the above-captioned action.

Dated: September 3, 2019

Respectfully submitted,

By:  /s/ *Kevin C. Adam*
Heather K. McDevitt (*pro hac vice*)
Joshua D. Weedman (*pro hac vice*)

-1-

Jacqueline L. Chung (*pro hac vice*)
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Phone: (212) 819 8200
Fax: (212) 354 8113
hmcdevitt@whitecase.com
jweedman@whitecase.com
jacqueline.chung@whitecase.com

Kevin C. Adam, BBO # 684955
WHITE & CASE LLP
75 State Street, 24th Floor
Boston, MA 02109
Phone: (617) 979 9300
Fax: (617) 979 9301
kevin.adam@whitecase.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically on September 3, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/   *Kevin C. Adam*
                                                   Kevin C. Adam