UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK SCHAND,             )
                         )
        Plaintiff,       )
                         )
    v.                   )        CIVIL ACTION
                         )        No. 15-30148-WGY
ELMER MCMAHON,           )
LEONARD SCAMMONS,        )
RAYMOND P. MUISE,        )
MICHAEL REID,            )
                         )
        Defendants.      )

## JURY VERDICT

1. On the civil rights claim addressing allegedly improper identification procedures we find for:

    _____ Elmer McMahon, Leonard Scammons, Raymond P. Muise, and Michael Reid

    \_\_\_X\_\_\_ Mark Schand against

    \_\_\_\_X\_\_\_\_ Elmer McMahon

    \_\_\_\_X\_\_\_\_ Leonard Scammons

    \_\_\_\_X\_\_\_\_ Raymond P. Muise

    \_\_\_\_X\_\_\_\_ Michael Reid

2. On the conspiracy claim we find for:

    _____ Elmer McMahon, Leonard Scammons, and Michael Reid

    \_\_\_X\_\_\_ Mark Schand against

    \_\_\_\_X\_\_\_\_ Elmer McMahon

    \_\_\_\_X\_\_\_\_ Leonard Scammons

    \_\_\_\_X\_\_\_\_ Michael Reid

3. We assess compensatory damages of $27,127,000

_____
Forelady

Date: 9/20/2019