**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
|    SCHAND   <br>Plaintiff | CIVIL ACTION |
| v. | NO. 3:15-30148-WGY |
|    McMAHON et al   <br>Defendant(s) | |

**JUDGMENT IN A CIVIL CASE**

YOUNG, DJ

__X__   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment shall enter for the plaintiff in the amount of $26,677,000.00

ROBERT M. FARRELL
CLERK OF COURT

Dated: September 30, 2019          By  /s/ Jennifer Gaudet
                                       Deputy Clerk