# United States Court of Appeals
## For the First Circuit

No. 19-2109

MARK SCHAND,

Plaintiff - Appellant,

MIA SCHAND; MARK SCHAND, JR.; QUINTON SCHAND; KIELE SCHAND,

Plaintiffs,

v.

CITY OF SPRINGFIELD; ELMER MCMAHON, Former Springfield Police Detective; RAYMOND P. MUISE, Former Springfield Police Detective; ERIC SCAMMONS, as adminstrator of the estate of deceased Leonard Scammons; MICHAEL REID, Former Springfield Police Detective; JOSEPH ASSAD, Former Springfield Police Detective,

Defendants - Appellees,

HAMPDEN COUNTY; CITY OF HARTFORD; JAMES FLEURY, Former Springfield Police Detective; PAUL MCNULTY, Former Springfield Police Detective; JOHN AND JANE DOES, 1 THROUGH 10, as-yet unknown officers; JOHN AND JANE DOES, 11 THROUGH 20, as-yet unknown supervisors,

Defendants.

**JUDGMENT**

Entered: December 30, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk

cc:
Heather K. McDevitt
Joshua Weedman
Kevin C. Adam
Jacqueline L. Chung
Elizabeth Combs Stainton
Eugene E. Hutchinson
Edward M. Pikula
Austin Michael Joyce
Andrew Joseph Gambaccini
Kathleen E. Sheehan
Lisa Caryl deSousa
Kevin B. Coyle