# United States Court of Appeals
## For the First Circuit

---

No. 19-2125

MARK SCHAND,

Plaintiff - Appellee,

MIA SCHAND; MARK SCHAND, JR.; QUINTON SCHAND; KIELE SCHAND,

Plaintiffs,

v.

ELMER MCMAHON, Former Springfield Police Detective; ERIC SCAMMONS, as administrator of the estate of deceased Leonard Scammons; RAYMOND P. MUISE, Former Springfield Police Detective; MICHAEL REID, Former Springfield Police Detective,

Defendants - Appellants,

CITY OF SPRINGFIELD; HAMPDEN COUNTY; CITY OF HARTFORD; JOSEPH ASSAD, Former Springfield Police Detective; JAMES FLEURY, Former Springfield Police Detective; PAUL MCNULTY, Former Springfield Police Detective; JOHN AND JANE DOES, 1 THROUGH 10, as-yet unknown officers; JOHN AND JANE DOES, 11 THROUGH 20, as-yet unknown supervisors,

Defendants.

---

### JUDGMENT

Entered: December 30, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Heather K. McDevitt
Joshua Weedman
Kevin C. Adam
Jacqueline L. Chung
Elizabeth Combs Stainton
Eugene E. Hutchinson
Austin Michael Joyce
Andrew Joseph Gambaccini
Kathleen E. Sheehan
Lisa Caryl deSousa
Edward M. Pikula
Kevin B. Coyle