# United States Court of Appeals
## For the First Circuit

No. 19-2125

MARK SCHAND,

Plaintiff - Appellee,

MIA SCHAND; MARK SCHAND, JR.; QUINTON SCHAND; KIELE SCHAND,

Plaintiffs,

v.

ELMER MCMAHON, Former Springfield Police Detective; ERIC SCAMMONS, as administrator of the estate of deceased Leonard Scammons; RAYMOND P. MUISE, Former Springfield Police Detective; MICHAEL REID, Former Springfield Police Detective,

Defendants - Appellants,

CITY OF SPRINGFIELD; HAMPDEN COUNTY; CITY OF HARTFORD; JOSEPH ASSAD, Former Springfield Police Detective; JAMES FLEURY, Former Springfield Police Detective; PAUL MCNULTY, Former Springfield Police Detective; JOHN AND JANE DOES, 1 THROUGH 10, as-yet unknown officers; JOHN AND JANE DOES, 11 THROUGH 20, as-yet unknown supervisors,

Defendants.

**MANDATE**

Entered: December 30, 2020

In accordance with the judgment of December 30, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk

cc:
Kevin C. Adam
Jacqueline L. Chung
Kevin B. Coyle
Andrew Joseph Gambaccini
Eugene E. Hutchinson
Austin Michael Joyce
Heather K. McDevitt
Edward M. Pikula
Kathleen E. Sheehan
Elizabeth Combs Stainton
Joshua Weedman
Lisa Caryl deSousa